NUMBER
13-05-526-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_________________________________________________________

 

McALLEN CONSTRUCTION, INC.,                               Appellant,

 

                                           v.

 

NORTHERN INSURANCE COMPANY OF NEW YORK,        Appellee.

_________________________________________________________

 

                  On
appeal from the 275th District Court

                           of
Hidalgo County, Texas.

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Hinojosa and Garza

Memorandum
Opinion Per Curiam

 








Appellant, McALLEN CONSTRUCTION, INC., perfected an
appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas, in cause number C-389-02-E-A.  After the record was filed, appellant filed a
motion to dismiss the appeal.  In the
motion, appellant states that it no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 26th
day of January, 2006.